

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; et al., <br><br> Plaintiffs - Appellants, <br><br> V. <br><br> TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation, <br><br> Defendant - Appellee. | No. 05-15986 <br> D.C. No. CV-03-00336-HG <br><br><br> **JUDGMENT** |



Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **REVERSED, REMANDED**. Costs taxed in the amount of $587.50 in favor of Appellant.

Filed and entered 08/14/06