Form 10. Bill of Costs..............................................................................................................(Rev. 1-1-05)

## United States Court of Appeals for the Ninth Circuit

## BILL OF COSTS

**FILED**

AUG 24 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**Note:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

UNIFIED WESTERN GROCERS, INC. v. TWIN CITY FIRE INSURANCE COMPANY CA No. 05-15986

The Clerk is requested to tax the following costs against: TWIN CITY FIRE INSURANCE COMPANY

| Cost Taxable Under FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each Column Must Be Completed | | | | ALLOWED To Be Completed by the Clerk | | | |
|---|---|---|---|---|---|---|---|---|
| | No. Of Docs.* | Pages Per Doc. | Cost per Page ** | TOTAL COST | No. Of Docs. | Pages Per Doc. | Cost per Page | TOTAL COST |
| Excerpt of Record | 7 | 307 | .10 | 214.90 | | | | |
| | 7 | 198 – Supp | .10 | 138.60 | | | | |
| Appellant's Brief | 20 | 76 | .10 | 152.00 | | | | |
| Appellee's Brief | | | | | | | | |
| Appellant's Reply Brief | 20 | 41 | .10 | 82.00 | | | | |
| Other | | | | | | | | |
| | | | TOTAL | $587.50 | TOTAL | | | $587.50 |

144916.1

Form 10. Bill of Costs – *Continued*

**Other:**  Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

Attorneys fees **cannot** be requested on this form.

*If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

**Costs per page may not exceed .10 or actual cost, whichever is less. Circuit Rule 39-1.

---

I, ___JONATHAN H. STEINER_____, swear under penalty of perjury that the services for which costs are taxes were actually and necessarily performed, and that the requested costs were actually expended as listed.

Signature: _____
Date: AUG 2 3 2006

Name of Counsel (printed or typed): __JONATHAN H. STEINER__
Attorney for: _Plaintiffs – Appellants_

---

Date: _11-6-06_       Costs are taxed in the amount of $_587.50_

                         Clerk of Court

                         By: _____, Deputy Clerk



144916.1