INTERNAL USE ONLY: Proceedings include all events.
05-15986 Unified West Grocers, et al v. Twin City Fire Insur

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.<br>    Plaintiff - Appellant | Jonathan H. Steiner, Esq.<br>FAX 808/524-8293<br>808/529-7300<br>4th Floor<br>[COR LD NTC ret]<br>MCCORRISTON MILLER MUKAI<br>MACKINNON LLP<br>Five Waterfront Plaza, Suite 400<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813<br><br>Christopher J. Cole<br>4th Floor<br>[COR ret]<br>MCCORRISTON MILLER MUKAI<br>MACKINNON<br>Five Waterfront Plaza<br>500 Ala Moana Blvd.<br>Honolulu, HI 96813<br><br>William C. McCorriston, Esq.<br>FAX 808-524-8293<br>808-529-7300<br>4th Floor<br>[COR LD ret]<br>McCORRISTON MILLER MUKAI<br>MacKINNON LLP<br>Attorney at Law<br>Five Waterfront Plaza<br>500 Ala Moana Boulevard<br>Honolulu, HI 96813 |
| CERTIFIED GROCERS OF<br>CALIFORNIA, LTD.<br>    Plaintiff - Appellant | Jonathan H. Steiner, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Christopher J. Cole<br>(See above)<br>[COR ret]<br><br>William C. McCorriston, Esq.<br>(See above)<br>[COR LD ret] |
| GROCERS SPECIALTY COMPANY<br>    Plaintiff - Appellant | Jonathan H. Steiner, Esq.<br>(See above)<br>[COR LD NTC ret]<br><br>Christopher J. Cole<br>(See above)<br>[COR ret]<br><br>William C. McCorriston, Esq. |

```
                                                              MOATT  INVATT
                                                                  CLOSED
                                                                           i
INTERNAL USE ONLY: Proceedings include all events.
05-15986 Unified West Grocers, et al v. Twin City Fire Insur

                                    (See above)
                                    [COR LD ret]

ALFRED A. PLAMANN                   Jonathan H. Steiner, Esq.
      Plaintiff - Appellant         (See above)
                                    [COR LD NTC ret]

                                    Christopher J. Cole
                                    (See above)
                                    [COR ret]

                                    William C. McCorriston, Esq.
                                    (See above)
                                    [COR LD ret]

CHARLES PILLITER                    Jonathan H. Steiner, Esq.
      Plaintiff - Appellant         (See above)
                                    [COR LD NTC ret]

                                    Christopher J. Cole
                                    (See above)
                                    [COR ret]

                                    William C. McCorriston, Esq.
                                    (See above)
                                    [COR LD ret]

DANIEL T. BANE                      Jonathan H. Steiner, Esq.
      Plaintiff - Appellant         (See above)
                                    [COR LD NTC ret]

                                    Christopher J. Cole
                                    (See above)
                                    [COR ret]

                                    William C. McCorriston, Esq.
                                    (See above)
                                    [COR LD ret]

ROBERT M. LING                      Jonathan H. Steiner, Esq.
      Plaintiff - Appellant         (See above)
                                    [COR LD NTC ret]

                                    Christopher J. Cole
                                    (See above)
                                    [COR ret]

                                    William C. McCorriston, Esq.
                                    (See above)
                                    [COR LD ret]

DAVID A. WOODWARD                   Jonathan H. Steiner, Esq.
      Plaintiff - Appellant         (See above)
                                    [COR LD NTC ret]
```

```
                                                           MOATT  INVATT
                                                                  CLOSED
                                                                        i
INTERNAL USE ONLY: Proceedings include all events.
05-15986 Unified West Grocers, et al v. Twin City Fire Insur

                                  Christopher J. Cole
                                  (See above)
                                  [COR ret]

                                  William C. McCorriston, Esq.
                                  (See above)
                                  [COR LD ret]

     v.

TWIN CITY FIRE INSURANCE          Wesley H.H. Ching, Esq.
COMPANY, an Indiana               FAX 808/531-7585
corporation                       808/533-4300
     Defendant - Appellee         Ste. 1200
                                  [COR LD NTC ret]
                                  Sheree Kon-Herrera, Esq.
                                  FAX 808/531-7585
                                  808/533-4300
                                  Ste. 1200
                                  [COR ret]
                                  FUKUNAGA, MATAYOSHI, HERSHEY &
                                  CHING
                                  841 Bishop Street
                                  Honolulu, HI 96813-3908

                                  Samantha M. Ball, Esq.
                                  213/430-3220
                                  Ste. 1800
                                  [COR LD NTC ret]
                                  TUCKER ELLIS & WEST, LLP
                                  1000 Wilshire Blvd.
                                  Los Angeles, CA 90017-2475

                                  Kim West
                                  FAX 415/617-2409
                                  415/617-2224
                                  Ste. 1300
                                  [COR LD NTC ret]
                                  TUCKER ELLIS & WEST, LLP
                                  Steuart Tower
                                  One Market Plaza
                                  San Francisco, CA 94105




Docket as of November 7, 2006 11:05 pm              Page 4    NON-PUBLIC
```