# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

01/04/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00336HG-BMK |
| CASE NAME: | Unified Western Grocers, Inc., et al. v. Twin City Fire Insurance Company |
| ATTYS FOR PLA: | Jonathan H. Steiner |
| ATTYS FOR DEFT: | Wesley H. H. Ching, Samantha M. Ball |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 01/04/2007 | TIME: | 10:35 - 10:45 |

COURT ACTION:  EP:  Rescheduling Conference held.  Court to prepare a scheduling order.

1. Jury trial on November 6, 2007 at 9:00 a.m. before HG
2. Final Pretrial Conference on September 25, 2007 at 9:00 a.m. before BMK
3. Final Pretrial Conference before District Judge Helen Gillmor on October 26, 2007 at 8:30 a.m.
4. Final Pretrial Statement by September 18, 2007
5. File motions to Join/Add Parties/Amend Pleadings by April 6, 2007
6. File other Non-Dispositive Motions by August 8, 2007
7. File Dispositive Motions by June 6, 2007
8a. File Motions in Limine by October 16, 2007
8b. File opposition memo to a Motion in Limine by October 23, 2007
11a. Plaintiff's Expert Witness Disclosures by May 7, 2007
11b. Defendant's Expert Witness Disclosures by June 6, 2007
12. Discovery deadline September 7, 2007
13. Settlement Conference set for March 22, 2007 at 9:00 a.m. before BMK
14. Settlement Conference statements by March 19, 2007
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by October 23, 2007
21. File Final witness list by October 16, 2007
24. Exchange Exhibit and Demonstrative aids by October 9, 2007

25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by October 16, 2007
26. File objections to the Exhibits by October 23, 2007
28a. File Deposition Excerpt Designations by October 16, 2007
28b. File Deposition Counter Designations and Objections by October 23, 2007
29. File Trial Brief by October 23, 2007
30.

cc: Tammy Kimura
Submitted by Richlyn W. Young, courtroom manager

CV 03-00336HG-BMK;
Unified Western Grocers, Inc., et al. V. Twin City Fire Insurance Company;
Rule 16 Scheduling Conference Minutes
01/04/2007