# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

CHAMBERS OF JUDGE:   RONALD M. GOULD
MARCH 16, 2007

District Court/Agency:   USDC, Hawaii

Lower Case #: CV 03-00336HG

Agency # _____

RECEIVED
CLERK U.S. DISTRICT COURT
MAR 20 2007
8:50 am
DISTRICT OF HAWAII

9th Circuit Appeal #05-15986

Short Titles:   Unitied Grocers v. Twin City Fire

**Total Volumes:** _9_  Clerk's Files:___ Reporters Transcripts: 3_
Redwells__ Sealed Envelopes:_____ Expando Files:_____ Lodged
Documents:_____ Other:_____

Other:_____

_____

**Note: THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED. ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED:**

_____

_____