McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON  995-0
CHRISTOPHER J. COLE      5781-0
JONATHAN H. STEINER      6084-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Phone No.: (808) 529-7300; Fax No.: (808) 524-8293
E-Mail: Steiner@m4law.com

Attorneys for Plaintiffs
UNIFIED WESTERN GROCERS, INC.;
CERTIFIED GROCERS OF CALIFORNIA, LTD.; and
GROCERS SPECIALTY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNIFIED WESTERN GROCERS, INC., et. al, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation, <br><br>　　　　Defendant. | CIVIL NO. CV03-00336 HG BMK <br>(Declaratory Judgment) <br><br>PLAINTIFFS UNIFIED WESTERN GROCERS, INC., CERTIFIED GROCERS OF CALIFORNIA, LTD., AND GROCERS SPECIALTY COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF CHRISTOPHER J. COLE; EXHIBITS "A" - "H"; CERTIFICATE OF SERVICE |
|---|---|

158501.1

PLAINTIFFS UNIFIED WESTERN GROCERS, INC.,
CERTIFIED GROCERS OF CALIFORNIA, LTD., AND
GROCERS SPECIALTY COMPANY'S MOTION FOR
LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiffs Unified Western Grocers, Inc., Certified Grocers of California, Ltd. and Grocers Specialty Company by and through their attorneys file this motion pursuant to Rule 15 of the Federal Rules of Civil Procedure for leave to amend their pleadings and file a First Amended Complaint. A redlined version of the proposed First Amended Complaint is submitted herewith as Exhibit "A".

This motion is supported by the attached memorandum of law, declaration of counsel, exhibits, and the records and files of this case.

DATED: Honolulu, Hawaii, _____APR - 5 2007_____.

_____
WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs UNIFIED
WESTERN GROCERS, INC., CERTIFIED
GROCERS OF CALIFORNIA, LTD., and
GROCERS SPECIALTY COMPANY