IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.,. )<br>et al., )<br>            )<br>       Plaintiffs, )<br>            )<br>   vs. )<br>            )<br>TWIN CITY FIRE INSURANCE )<br>COMPANY, an Indiana Corporation, )<br>            )<br>       Defendant. )<br>_____ ) | CIVIL NO. CV03-00336 HG BMK<br>(Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on April 5, 2007 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

WESLEY H. H. CHING, ESQ.          whc@fmhc-law.com
SHEREE KON-HERRERA, ESQ.       skh@fmhc-law.com
    Attorneys for Defendant
    TWIN CITY FIRE INSURANCE COMPANY

158501.1

**Served via Mail:**
(postage prepaid, first class in a United States post office)

KIM WEST, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
One Market Street
Steuart Tower, Suite 1300
San Francisco, CA 94104

SAMANTHA M. BALL, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
1000 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90017-2475

>   Attorneys for Defendant
>   TWIN CITY FIRE INSURANCE COMPANY

DATED: Honolulu, Hawaii, _____APR - 5 2007_____.

_____
WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs UNIFIED
WESTERN GROCERS, INC., CERTIFIED
GROCERS OF CALIFORNIA, LTD., and
GROCERS SPECIALTY COMPANY