Of Counsel:

FUKUNAGA MATAYOSHI HERSHEY & CHING LLP

WESLEY H. H. CHING     2896
SHEREE KON-HERERRA  6927
841 Bishop Street, Suite 1200
Honolulu, Hawai`i  96813
Telephone:  (808) 533-4300

TUCKER ELLIS & WEST LLP
KIM W. WEST  (*Admitted Pro Hac Vice*)
One Market, Steuart Tower, Suite 1300
San Francisco, California  94105
Telephone:  (415) 617-2400
Facsimile:  (415) 617-2409

TUCKER ELLIS & WEST LLP
SAMANTHA M. BALL  (*Admitted Pro Hac Vice*)
1000 Wilshire Boulevard, Suite 1800
Los Angeles, California 90017
Telephone:  (213) 430-3400
Facsimile:  (213) 430-3409

Attorneys for Defendant,
TWIN CITY INSURANCE COMPANY

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; AND DAVID WOODWARD,<br><br>　　　　　Plaintiffs,<br><br>　　　vs. | ) CIVIL NO. CV 03-00336 HG BMK<br>)<br>)<br>)<br>) **DEFENDANT TWIN CITY FIRE**<br>) **INSURANCE COMPANY'S**<br>) **MOTION FOR LEAVE TO FILE**<br>) **AMENDED ANSWER;**<br>) **MEMORANDUM IN SUPPORT OF**<br>) **MOTION; DECLARATION OF**<br>) **SAMANTHA M. BALL; EXHIBIT**<br>) **A; CERTIFICATE OF SERVICE**<br>) |

|  |  |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>              Defendant.<br>_____ | ) HEARING:<br>) Date: May ___, 2007<br>) Time: _____<br>) Judge: The Honorable Barry M. Kurren<br>)<br>) Trial Date: November 6, 2007<br>) |

## DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AMENDED ANSWER

Defendant Twin City Fire Insurance Company ("Twin City"), by and through its attorneys of record, hereby respectfully submits the following Memorandum of Points and Authorities in support of Twin City's Motion for Leave to Amend Answer to assert two additional affirmative defenses for equitable contribution and unjust enrichment on the basis of newly discovered facts and evidence.

DATED: Honolulu, Hawai`i, April 5, 2007.

FUKUNAGA MATAYOSHI
HERSHEY & CHING LLP          /s/ Sheree Kon-Herrera
                             WESLEY H. H. CHING
                             SHEREE KON-HERRERA

DATED: Los Angeles, California, April 5, 2007.

TUCKER ELLIS &WEST LLP       /s/Samantha M. Ball
                             KIM W. WEST (*Admitted Pro Hac Vice*)
                             SAMANTHA BALL (*Admitted Pro Hac Vice*)
                             Attorneys for Defendant, TWIN CITY FIRE
                             INSURANCE COMPANY

2

LAimanage/51042/24856/588165/2