IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; AND DAVID A. WOODWARD,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>        Defendant. | CIVIL NO. CV 03-00336 HG BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was duly served on the following persons at their last known addresses.

G:\Unified\Unified Plead\Motion for Leave - COS.wpd

Served Electronically through CM/ECF:

WILIAM C. McCORRISTON, ESQ.                         April 5, 2007
CHRISTOPHER J. COLE, ESQ.
JONATHAN H. STEINER, ESQ.
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorney for Plaintiffs
UNIFIED WESTERN GROCERS, INC.;
CERTIFIED GROCERS OF CALIFORNIA, LTD.;
GROCERS SPECIALTY COMPANY; ALFRE A.
PLAMANN; CHARLES PILLITER; DANIEL
BANE; ROBERT M. LING; and DAVID A. WOODWARD


            DATED: Honolulu, Hawaii,    April 5, 2007


                                   /s/ Sheree Kon-Herrera
                                WESLEY H. H. CHING
                                SHEREE KON-HERRERA
                                Attorneys for Defendant
                                TWIN CITY FIRE INSURANCE COMPANY