McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON #995-0
CHRISTOPHER J. COLE #5781-0
JONATHAN H. STEINER #6084-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Phone No.: (808) 529-7300/Fax No.: (808) 524-8293
E-Mail: steiner@m4law.com

Attorneys for Plaintiffs UNIFIED
WESTERN GROCERS, INC.; CERTIFIED
GROCERS OF CALIFORNIA, LTD.;
GROCERS SPECIALTY COMPANY;
ALFRED A. PLAMANN; CHARLES
PILLITER; DANIEL T. BANE;
ROBERT M. LING; AND DAVID A.
WOODWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; and DAVID A. WOODWARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>    Defendant. | CIVIL NO. CV03-00336 HG BMK<br>(Declaratory Judgment)<br><br>PLAINTIFFS ALFRED A. PLAMANN, CHARLES PILLITER, DANIEL T. BANE, ROBERT M. LING AND DAVID A. WOODWARD'S SUBSTANTIVE JOINDER IN PLAINTIFFS UNIFIED WESTERN GROCERS, INC., CERTIFIED GROCERS OF CALIFORNIA, LTD., AND GROCERY SPECIALTY COMPANY'S MOTION FOR<br><br>[CAPTION CONTINUED ON NEXT PAGE] |

53946/159371.2

|   |   |
|---|---|
|   | ) LEAVE TO FILE FIRST |
|   | ) AMENDED COMPLAINT; |
|   | ) MEMORANDUM IN SUPPORT OF |
|   | ) SUBSTANTIVE JOINDER; |
|   | ) CERTIFICATE OF SERVICE |
|   | ) |
|   | ) |
|   | ) Trial Set: November 6, 2007 |

PLAINTIFFS ALFRED A. PLAMANN, CHARLES PILLITER, DANIEL T. BANE, ROBERT M. LING AND DAVID A. WOODWARD'S SUBSTANTIVE JOINDER IN PLAINTIFFS UNIFIED WESTERN GROCERS, INC., CERTIFIED GROCERS OF CALIFORNIA, LTD., AND GROCERY SPECIALTY COMPANY'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiffs Alfred A. Plamann, Charles Pilliter, Daniel T. Bane, Robert M. Ling and David A. Woodward (the "Individual Plaintiffs"), by and through their undersigned attorneys, respectfully submit this Substantive Joinder in the above-titled motion (the "Motion"), for the reasons set forth in the attached memorandum, adopted herein by this reference. This Substantive Joinder seeks an

order of court granting the Individual Plaintiffs leave to amend the pleadings and other appropriate relief as set forth in the attached memorandum in support.

DATED: Honolulu, Hawaii, _____APR 1 0 2007_____.

*/s/ K. Cole*

WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; AND DAVID A. WOODWARD