IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; and DAVID A. WOODWARD,<br><br>      Plaintiffs,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>      Defendant. | CIVIL NO. CV03-00336 HG BMK<br>(Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on April 10, 2007 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

WESLEY H. H. CHING, ESQ.      whc@fmhc-law.com
SHEREE KON-HERRERA, ESQ.   skh@fmhc-law.com
    Attorneys for Defendant
      TWIN CITY FIRE INSURANCE COMPANY

53946/159371.2

**Served via Mail:**
(postage prepaid, first class in a United States post office)

KIM WEST, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
One Market Street
Steuart Tower, Suite 1300
San Francisco, CA 94104

SAMANTHA M. BALL, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
1000 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90017-2475

    Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

DATED: Honolulu, Hawaii, _____APR 1 0 2007_____.

_____
WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs UNIFIED
WESTERN GROCERS, INC.; CERTIFIED
GROCERS OF CALIFORNIA, LTD.;
GROCERS SPECIALTY COMPANY;
ALFRED A. PLAMANN; CHARLES
PILLITER; DANIEL T. BANE;
ROBERT M. LING; AND DAVID A.
WOODWARD