# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/11/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00336HG-BMK |
| CASE NAME: | Unified Western Grocers, Inc. v. Twin City Fire Insurance Co. |
| ATTYS FOR PLA: | Jonathan H. Steiner by phone |
| ATTYS FOR DEFT: | Kim West by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 04/11/2007 | TIME: | 11:15 - 11:25 |

COURT ACTION: EP: Status Conference held. Settlement Conference continued from 5/23/2007 to 6/13/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren. Rescheduling Conference set for 6/13/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren. Experts and dispositive motions deadlines vacated.

Submitted by Richlyn W. Young, courtroom manager