McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON  995-0
CHRISTOPHER J. COLE       5781-0
JONATHAN H. STEINER       6084-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Phone No.: (808) 529-7300; Fax No.: (808) 524-8293
E-Mail: Steiner@m4law.com

Attorney for Plaintiffs
UNIFIED WESTERN GROCERS, INC.;
CERTIFIED GROCERS OF CALIFORNIA, LTD.;
GROCERS SPECIALTY COMPANY; ALFRED A.
PLAMANN; CHARLES PILLITER; DANIEL T.
BANE; ROBERT M. LING, JR.; and DAVID A. WOODWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; and DAVID A. WOODWARD, <br><br> Plaintiffs, <br><br> vs. <br><br> TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation, <br><br> Defendant. | CIVIL NO. CV03-00336 HG BMK (Declaratory Judgment) <br><br> CERTIFICATE OF SERVICE <br><br> (Re: PLAINTIFF UNIFIED WESTERN GROCERS, INC.'S RESPONSE TO DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S REQUEST FOR ANSWERS TO SPECIAL INTERROGATORIES TO UNIFIED WESTERN GROCERS, INC., DATED MARCH 1, 2007) |

157375.3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date below, a copy of the document PLAINTIFF UNIFIED WESTERN GROCERS, INC.'S RESPONSE TO DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S REQUEST FOR ANSWERS TO SPECIAL INTERROGATORIES TO UNIFIED WESTERN GROCERS, INC., DATED MARCH 1, 2007, was duly served by hand delivering or mailing said copy, postage prepaid, first class in a United States post office in Honolulu, Hawaii, to the following parties at their addresses listed below:

| | | |
|---|---|---|
| WESLEY H. H. CHING, ESQ.<br>SHEREE KON-HERRERA, ESQ.<br>Fukunaga Matayoshi Hershey & Ching LLP<br>841 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813 | [HD] | (Orig. + 1 copy) |
| KIM W. WEST, ESQ. (Pro Hac Vice)<br>JULIE CHOI, ESQ. (Pro Hac Vice)<br>Tucker Ellis & West LLP<br>One Market Street<br>Steuart Tower, Suite 1300<br>San Francisco, CA 94105 | [M] | (1 copy) |

    AND

| | | |
|---|---|---|
| SAMANTHA M. BALL, (Pro Hac Vice)<br>Tucker Ellis & West LLP<br>1000 Wilshire Boulevard, Suite 1800<br>Los Angeles, CA 90017-2475 | [M] | (1 copy) |

Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

157375.3      2

APR 1 6 2007

DATED:  Honolulu, Hawaii, _____.

*[signature]*

WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs
UNIFIED WESTERN GROCERS, INC.;
CERTIFIED GROCERS OF
CALIFORNIA, LTD.; GROCERS
SPECIALTY COMPANY; ALFRED A.
PLAMANN; CHARLES PILLITER;
DANIEL T. BANE; ROBERT M. LING,
JR.; AND DAVID A. WOODWARD