McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON  995-0
CHRISTOPHER J. COLE     5781-0
JONATHAN H. STEINER     6084-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Phone No.: (808) 529-7300; Fax No.: (808) 524-8293
E-Mail: Steiner@m4law.com

Attorney for Plaintiffs
UNIFIED WESTERN GROCERS, INC.;
CERTIFIED GROCERS OF CALIFORNIA, LTD.;
GROCERS SPECIALTY COMPANY; ALFRED A.
PLAMANN; CHARLES PILLITER; DANIEL T.
BANE; ROBERT M. LING, JR.; and DAVID A. WOODWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; and DAVID A. WOODWARD, <br><br> Plaintiffs, <br><br> vs. <br><br> TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation, <br><br> Defendant. | CIVIL NO. CV03-00336 HG BMK (Declaratory Judgment) <br><br> CERTIFICATE OF SERVICE <br><br> (Re: PLAINTIFF UNIFIED WESTERN GROCERS, INC.'S RESPONSE TO DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO UNIFIED WESTERN GROCERS, INC., DATED MARCH 1, 2007) |

157414.3

CERTIFICATE OF SERVICE

I hereby certify that on the date below, a copy of the document PLAINTIFF UNIFIED WESTERN GROCERS, INC.'S RESPONSE TO DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S REQUEST FOR PRODUCTION OF DOCUMENTS TO UNIFIED WESTERN GROCERS, INC., DATED MARCH 1, 2007, was duly served by hand delivering or mailing said copy, postage prepaid, first class in a United States post office in Honolulu, Hawaii, to the following parties at their addresses listed below:

    WESLEY H. H. CHING, ESQ.    [HD]
    SHEREE KON-HERRERA, ESQ.
    Fukunaga Matayoshi Hershey & Ching LLP
    841 Bishop Street, Suite 1200
    Honolulu, Hawaii 96813

    KIM W. WEST, ESQ. (Pro Hac Vice)    [M]
    JULIE CHOI, ESQ. (Pro Hac Vice)
    Tucker Ellis & West LLP
    One Market Street
    Steuart Tower, Suite 1300
    San Francisco, CA 94105

        AND

    SAMANTHA M. BALL, (Pro Hac Vice)    [M]
    Tucker Ellis & West LLP
    1000 Wilshire Boulevard, Suite 1800
    Los Angeles, CA 90017-2475

    Attorneys for Defendant
    TWIN CITY FIRE INSURANCE COMPANY

DATED: Honolulu, Hawaii, _____APR 1 6 2007_____.

_____
WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING, JR.; AND DAVID A. WOODWARD

157414.3                                3