Of Counsel:
FUKUNAGA MATAYOSHI HERSHEY & CHING, LLP

WESLEY H. H. CHING        2896
SHEREE KON-HERRERA        6927
841 Bishop Street, Suite 1200
Honolulu, Hawai`i  96813
Telephone:  (808) 533-4300
Facsimile:   (808) 531-7585

KIM WEST        Pro Hac Vice
TUCKER ELLIS & WEST LLP
555 California Street, Suite 3130
San Francisco, California 94104
Telephone:  (415) 617-2400
Facsimile:   (415) 617-2409

SAMANTHA BALL      Pro Hac Vice
TUCKER ELLIS & WEST LLP
1000 Wilshire Boulevard, Suite 1800
Los Angeles, California 90017-2475
Telephone:  (213) 430-3400
Facsimile:   (213) 430-3409

Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; | CIVIL NO. CV 03-00336 HG BMK<br><br>NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT TWIN CITY FIRE INSURANCE COMPANY; CERTIFICATE OF |

| | |
|---|---|
| ROBERT M. LING; AND DAVID A. WOODWARD, ) ) )         Plaintiffs, ) ) vs. ) ) TWIN CITY FIRE INSURANCE ) COMPANY, an Indiana Corporation, ) )         Defendant. ) | SERVICE |

### NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT TWIN CITY FIRE INSURANCE COMPANY

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the Los Angeles Office of Tucker Ellis & West LLP, counsel for Defendant TWIN CITY FIRE INSURANCE COMPANY, will have a new address effective May 29, 2007, as follows:

> Tucker Ellis & West LLP
> 515 South Flower Street, Forty Second Floor
> Los Angeles, California 90071
> Telephone:  (213) 430-3400
> Facsimile:   (213) 430-3409

Please send all mail to the new address of Tucker Ellis & West LLP's Los Angeles office as of the effective date.  All counsel on the attached service list have been served with a copy of this notice.

DATED: Los Angeles, California,   May 24, 2007

                /s/ Samantha M. Ball
KIM W. WEST
SAMANTHA M. BALL
Tucker Ellis & West LLP
Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

DATED: Honolulu, Hawaii,   May 24, 2007

                /s/ Sheree Kon-Herrera
WESLEY H. H. CHING
SHEREE KON-HERRERA
Fukunaga Matayoshi Hershey & Ching LLP
Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY