IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; AND DAVID A. WOODWARD,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>　　　　Defendant. | CIVIL NO. CV 03-00336 HG BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was duly served on the following persons at their last known addresses.

G:\Unified\Unified Plead\20-COS.wpd

Served Electronically through CM/ECF:

| | |
|---|---|
| WILLIAM C. McCORRISTON, ESQ. | May 24, 2007 |

CHRISTOPHER J. COLE, ESQ.
JONATHAN H. STEINER, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Served with Courtesy Copy via U.S. Mail:

| | |
|---|---|
| DAVID A. TARTAGLIO, ESQ. | May 24, 2007 |

Musick, Peeler & Garett, LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017-3383

Attorneys for Plaintiffs
UNIFIED WESTERN GROCERS, INC.;
CERTIFIED GROCERS OF CALIFORNIA, LTD.;
GROCERS SPECIALTY COMPANY; ALFRED A.
PLAMANN; CHARLES PILLITER; DANIEL
BANE; ROBERT M. LING; and DAVID A. WOODWARD

   DATED: Honolulu, Hawaii,  May 24, 2007


        /s/ Sheree Kon-Herrera
       WESLEY H. H. CHING
       SHEREE KON-HERRERA
       Attorneys for Defendant
       TWIN CITY FIRE INSURANCE COMPANY