McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| WILLIAM C. McCORRISTON | #995-0 |
| CHRISTOPHER J. COLE | #5781-0 |
| JONATHAN H. STEINER | #6084-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Phone No.: (808) 529-7300/Fax No.: (808) 524-8293
E-Mail: steiner@m4law.com

Attorneys for Plaintiffs UNIFIED
WESTERN GROCERS, INC.; CERTIFIED
GROCERS OF CALIFORNIA, LTD.;
GROCERS SPECIALTY COMPANY;
ALFRED A. PLAMANN; CHARLES
PILLITER; DANIEL T. BANE;
ROBERT M. LING; AND DAVID A.
WOODWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; and DAVID A. WOODWARD,<br><br>Plaintiffs,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>Defendant. | CIVIL NO. CV03-00336 HG BMK<br>(Declaratory Judgment)<br><br>PLAINTIFFS' STATEMENT OF NO OPPOSITION TO DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE AMENDED ANSWER, FILED APRIL 5, 2007; CERTIFICATE OF SERVICE<br><br>Date:  June 14, 2007<br>Time:  11:30 a.m.<br>Judge:  Barry M. Kurren<br><br>Trial Set:  November 6, 2007 |

53946/162202.1

PLAINTIFFS' STATEMENT OF NO OPPOSITION TO
DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S
MOTION FOR LEAVE TO FILE AMENDED ANSWER, FILED APRIL 5, 2007

Plaintiffs above named, by and through their undersigned counsel and pursuant to Local Rule 7.4, state that they do not oppose Defendant Twin City Fire Insurance Company's ("Twin City") "Motion for Leave to File Amended Answer" filed on April 5, 2007 (the "Motion").  Plaintiffs do **not** agree or concede that Twin City's proposed new affirmative defenses have any merit or even that they make any sense or apply in the context of this case.  Moreover, Twin City's proposed new defenses, as and to the extent they are understood by Plaintiffs, may well become moot or unnecessary in view of the issues to be determined in this case.  Nevertheless, Plaintiffs agree with Twin City that "the Rule 15 policy of permitting amendments should be applied with 'extreme liberality[,]'" and that "all inferences [should be] drawn in favor of granting the motion[.] . . ."  See Motion, at p. 6 (citing DCD Programs, Ltd. v. Leighton, 833 F.2d 183, 186 (9th Cir. 1987) and Griggs v. Pace Am. Group, Inc., 170 F.3d 977 (9th Cir. 1999)) (emphasis added).  This same "extreme liberality" standard will be applied to Plaintiff Unified Western Grocers, Inc.'s pending motion for leave to amend its own pleadings and

the other plaintiffs' substantive joinder therein.  Accordingly, Plaintiffs do not oppose the Motion.

DATED:  Honolulu, Hawaii, _____MAY 2 5 2007_____.

_____
WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; AND DAVID A. WOODWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; and DAVID A. WOODWARD,<br><br>    Plaintiffs,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>    Defendant. | CIVIL NO. CV03-00336 HG BMK<br>(Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 25, 2007 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

WESLEY H. H. CHING, ESQ.        whc@fmhc-law.com
SHEREE KON-HERRERA, ESQ.    skh@fmhc-law.com
    Attorneys for Defendant
    TWIN CITY FIRE INSURANCE COMPANY

53946/162202.1

**Served via Mail:**
(postage prepaid, first class in a United States post office)

KIM WEST, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
One Market Street
Steuart Tower, Suite 1300
San Francisco, CA  94104

SAMANTHA M. BALL, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
515 South Flower Street, Forty Second Floor
Los Angeles, California  90071

    Attorneys for Defendant
    TWIN CITY FIRE INSURANCE COMPANY

DATED:  Honolulu, Hawaii, _____MAY 2 5 2007_____.

_____
WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs UNIFIED
WESTERN GROCERS, INC.; CERTIFIED
GROCERS OF CALIFORNIA, LTD.;
GROCERS SPECIALTY COMPANY;
ALFRED A. PLAMANN; CHARLES
PILLITER; DANIEL T. BANE;
ROBERT M. LING; AND DAVID A.
WOODWARD