Of Counsel:

FUKUNAGA MATAYOSHI HERSHEY & CHING LLP

WESLEY H. H. CHING    2896
SHEREE KON-HERERRA  6927
841 Bishop Street, Suite 1200
Honolulu, Hawai`i  96813
Telephone:  (808) 533-4300

TUCKER ELLIS & WEST LLP
KIM W. WEST  *(Admitted Pro Hac Vice)*
One Market, Steuart Tower, Suite 1300
San Francisco, California  94105
Telephone:  (415) 617-2400
Facsimile:   (415) 617-2409

TUCKER ELLIS & WEST LLP
SAMANTHA M. BALL  *(Admitted Pro Hac Vice)*
1000 Wilshire Boulevard, Suite 1800
Los Angeles, California 90017
Telephone:  (213) 430-3400
Facsimile:   (213) 430-3409

Attorneys for Defendant,
TWIN CITY INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; AND DAVID WOODWARD, | ) CIVIL NO. CV 03-00336 HG BMK<br>)<br>) [Honorable Magistrate Barry Kurren]<br>)<br>) **DEFENDANT TWIN CITY FIRE**<br>) **INSURANCE COMPANY'S**<br>) **OPPOSITION TO PLAINTIFFS**<br>) **MOTION FOR LEAVE TO FILE**<br>) **FIRST AMENDED COMPLAINT;** |

|  |  |
|---|---|
| Plaintiffs, | ) MEMORANDUM OF POINTS AND |
|  | ) AUTHORITIES; DECLARATION |
| vs. | ) OF SAMANTHA M. BALL; |
|  | ) EXHIBITS "A" – "C"; |
| TWIN CITY FIRE INSURANCE | ) CERTIFICATE OF SERVICE |
| COMPANY, an Indiana Corporation, | ) |
|  | ) HEARING: |
| Defendant. | ) Date: June 14, 2007 |
|  | ) Time: 11:30 a.m. |
|  | ) Magistrate Judge: The Honorable |
|  | ) Barry Kurren |
|  | ) |
|  | Trial Date: November 6, 2007 |

## DEFENDANT TWIN CITY FIRE INSURANCE COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Defendant Twin City Fire Insurance Company ("Twin City") hereby opposes Plaintiffs' Motion for Leave to File First Amended Complaint.

DATED: Honolulu, Hawai`i, May 25, 2007.

FUKUNAGA MATAYOSHI
HERSHEY & CHING LLP        /s/ Sheree Kon-Herrera
                           WESLEY H. H. CHING
                           SHEREE KON-HERRERA

DATED: Los Angeles, California, May 25, 2007.

TUCKER ELLIS &WEST LLP     /s/ Samantha M. Ball
                           KIM W. WEST (Admitted Pro Hac Vice)
                           SAMANTHA BALL (Admitted Pro Hac Vice)
                           Attorneys for Defendant, TWIN CITY
                           FIRE INSURANCE COMPANY