# TABLE OF AUTHORITIES

**Page**

**CASES**

*Acri v. International Ass'n. of Machinists & Aerospace Workers,*
   781 F.2d 1393, 1398 (9th Cir.1986) ……………………………………….5

*AmerisourceBergen Corp. v. Dialysist West, Inc.*,
   465 F.3d 946, 951 (9th Cir. 2006) ………………………………… 4, 16, 17

*Chateau Chamberay Homeowners Ass'n v. Associated Int'l Ins. Co.,*
   90 Cal. App. 4th 335, 347 (2001).................................................................. 8

*Guebara v. Allstate Ins. Co.*,
   237 F.3d 987, 993-994 (9th Cir. 2001) ......................................................... 9

*Jackson v. Bank of Hawaii*,
   902 F.2d 1385, 1387 (9th Cir. 1990)..................................................... 4, 18

*Johnson v. Buckley*,
   356 F.3d 1067, 1077 (9th Cir. 2004)........................................................... 4

*Kopczynski v. Prudential Ins. Co.,*
   164 Cal. App. 3d 846, 849 (1985)................................................................ 8

*Lippi v. City Bank*,
   955 F.2d 599, 612 (9th Cir. 1992)......................................................... 2, 14

*Lockheed Martin Corp. v. Network Solutions, Inc.*,
   194 F.3d 980, 986 (9th Cir. 1999)............................................................. 17

*Love v. Fire Ins. Exch.*,
   221 Cal. App. 3d 1136, 1153 (1990)............................................................ 8

*Metzger v. Lalakea,*
   32 Haw. 706 (1933)..................................................................................... 15

*M/V Am. Queen v. San Diego Marine Constr. Corp*
   708 F.2d 1483, 1492 (9th Cir. 1983)............................................................ 5

*McGlinchy v. Shell Chem. Co.*,
   845 F.2d 802, 809 (9th Cir. 1988)............................................................... 17

*Morongo Band of Mission Indians v. Rose,*
   893 F.2d 1074, 1079 (9th Cir.1990)..................................................... 17, 19

LAimanage/51042/24856/591243/1

*Parker v. Joe Lujan Enters., Inc.*,
   848 F.2d 118, 121 (9th Cir. 1988) ................................................................ 16

*Reddy v. Litton Indus., Inc.*,
   912 F.2d 291, 296 (9th Cir. 1990) .................................................................. 6

*Saul v. United States*,
   928 F.2d 829, 843 (9th Cir. 1991) .................................................................. 6

*Shade Foods, Inc. v. Innovative Prod. Sales & Mktg., Inc.*,
   78 Cal. App. 4th 847, 881 (2000) ................................................................... 8

*Slottow v. American Cas. Co.*,
   10 F.3d 1355, 1359 (9th Cir. 1993) ..................................................... 7, 9-10

*Soloman v. North Am. Life & Ins. Cas. Co.*,
   151 F.3d 1132, 1139 (9th Cir. 1998) ............................................................ 18

*State Farm Fire & Cas. Co. v. Superior Court*,
   210 Cal. App. 3d 604, 609 (1989) ................................................................ 12

*Ticor Title Ins. Co. v. Employers Ins. of Wausau*,
   40 Cal. App. 4th 1699, 1714 (1995) ............................................................... 8

*Unified Western Grocers, Inc. v. Twin City Fire Ins. Co.*,
   457 F.3d 1106 (9th Cir. 2006) .............................................................. 2, 3, 13

*Yakama Indian Nation v. Washington Dep't of Revenue*,
   176 F.3d 1241, 1246 (9th Cir. 1999) .............................................................. 4


**S**TATUTES

CAL. CODE CIV. PROC. § 337(1). .................................................................. 12

CAL. CODE CIV. PROC. § 339(1). .................................................................. 12

CAL. INS. CODE § 533. ………………………………………………...2, 7, 14, 15

LAimanage/51042/24856/591243/1