IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; AND DAVID A. WOODWARD,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>        Defendant. | CIVIL NO. CV 03-00336 HG BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was duly served on the following persons at their last known addresses.

G:\Unified\Unified Plead\Opposition - COS.wpd

Served Electronically through CM/ECF:

WILLIAM C. McCORRISTON, ESQ.                                    May 25, 2007
CHRISTOPHER J. COLE, ESQ.
JONATHAN H. STEINER, ESQ.
McCorriston Miller Mukai MacKinnon LLP
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813

Attorneys for Plaintiffs
UNIFIED WESTERN GROCERS, INC.;
CERTIFIED GROCERS OF CALIFORNIA, LTD.;
GROCERS SPECIALTY COMPANY; ALFRED A.
PLAMANN; CHARLES PILLITER; DANIEL
BANE; ROBERT M. LING; and DAVID A. WOODWARD

        DATED: Honolulu, Hawaii,   May 25, 2007


                                    /s/ Sheree Kon-Herrera
                                WESLEY H. H. CHING
                                SHEREE KON-HERRERA
                                Attorneys for Defendant
                                TWIN CITY FIRE INSURANCE COMPANY