IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; ) <br> CERTIFIED GROCERS OF ) <br> CALIFORNIA, LTD.; GROCERS ) <br> SPECIALTY COMPANY; ALFRED A. ) <br> PLAMANN; CHARLES PILLITER; ) <br> DANIEL T. BANE; ROBERT M. LING; ) <br> and DAVID A. WOODWARD, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> TWIN CITY FIRE INSURANCE ) <br> COMPANY, an Indiana Corporation, ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. CV03-00336 HG BMK <br> (Declaratory Judgment) <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 1, 2007 and by the methods of service noted below, a true and correct copy of the foregoing document was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

WESLEY H. H. CHING, ESQ.          whc@fmhc-law.com
SHEREE KON-HERRERA, ESQ.      skh@fmhc-law.com

   Attorneys for Defendant
   TWIN CITY FIRE INSURANCE COMPANY

53946/162432.2

**Served via Mail:**
(postage prepaid, first class in a United States post office)

KIM WEST, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
One Market Street
Steuart Tower, Suite 1300
San Francisco, CA  94104

SAMANTHA M. BALL, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
515 South Flower Street, Forty Second Floor
Los Angeles, CA  90071-2223

    Attorneys for Defendant
    TWIN CITY FIRE INSURANCE COMPANY

DATED:  Honolulu, Hawaii, _____JUN - 1 2007_____.

                                                _____
                                                WILLIAM C. McCORRISTON
                                                CHRISTOPHER J. COLE
                                                JONATHAN H. STEINER

                                                Attorneys for Plaintiff UNIFIED
                                                WESTERN GROCERS, INC.