# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-00336HG-BMK |
| CASE NAME: | Unified Western Grocers, Inc., et al. v. Twin City Fire Insurance Co. |
| ATTYS FOR PLA: | Christopher J. Cole, Jonathan H. Steiner |
| ATTYS FOR DEFT: | Wesley H.H. Ching, Samantha M. Ball, Jeremy Salzman |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 06/13/2007 | TIME: | 9 - 1:15 |

COURT ACTION: EP: Settlement Conference held. Further Settlement Conference set for 6/14/2007 @ 10 a.m. before Magistrate Judge Barry M. Kurren.

Submitted by Richlyn W. Young, courtroom manager