# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-00336HG-BMK |
| CASE NAME: | Unified Western Grocers, Inc., et al. v. Twin City Fire Insurance Co. |
| ATTYS FOR PLA: | Christopher J. Cole, Jonathan H. Steiner |
| ATTYS FOR DEFT: | Wesley H.H. Ching, Samantha M. Ball |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | Chambers |
| DATE: | 06/14/2007 | TIME: | 10 - 1:45 |

COURT ACTION:  EP: Further Settlement Conference held.  Case settled.

Status Conference Re Dismissal is set for 7/30/2007 @ 9 a.m. before Magistrate Judge Barry M. Kurren.

All other dates/deadlines vacated.

The following motions are terminated:
 [102] Plaintiffs Unified Western Grocers, Inc., Certified Grocers of California, Ltd., and Grocers Specialty Company's Motion for Leave to File First Amended Complaint;

[103] Defendant Twin City Fire Insurance Company's Motion for Leave to File Amended Answer;

[106] Motion for Joinder Re [102] Motion for Leave to File First Amended Complaint by Alfred A. Plamann, Charles Pilliter, Daniel T. Bane, Robert M. Ling, David A. Woodward.

cc: Mary Feria
Submitted by Richlyn W. Young, courtroom manager