McCORRISTON MILLER MUKAI MacKINNON LLP

| | |
|---|---|
| WILLIAM C. McCORRISTON | #995-0 |
| CHRISTOPHER J. COLE | #5781-0 |
| JONATHAN H. STEINER | #6084-0 |

Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Phone No.: (808) 529-7300 / Fax No.: (808) 524-8293
E-Mail: cole@m4law.com

Attorneys for Plaintiffs UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; AND DAVID A. WOODWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; and DAVID A. WOODWARD,<br><br>        Plaintiffs,<br><br>  vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation,<br><br>        Defendant. | CIVIL NO. CV03-00336 HG BMK<br>(Declaratory Judgment)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br><br>Trial Date: November 6, 2007 |

53946/168572.2

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE OF ALL CLAIMS AND ALL PARTIES

Plaintiffs Unified Western Grocers, Inc., Certified Grocers of California, Ltd., Grocers Specialty Company, Alfred A. Plamann, Charles Pilliter, Daniel T. Bane, Robert M. Ling and David A. Woodward and Defendant Twin City Fire Insurance Company, an Indiana Corporation, being all of the parties appearing in this action, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss the action, with prejudice, each side to bear its own fees and costs. Trial was scheduled for November 6, 2007.

DATED: Honolulu, Hawaii, September 24, 2007

/s/ Christopher J. Cole
WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; AND DAVID A. WOODWARD

    /s/ Samantha Ball        9/10/2007
WESLEY H. H. CHING
SHEREE KON-HERRERA
KIM WEST
SAMANTHA M. BALL

Attorneys for Defendant
TWIN CITY FIRE INSURANCE COMPANY

DATED:  October 2, 2007, Honolulu, Hawaii.



    /S/ Helen Gillmor
_____
Helen Gillmor
Chief United States District Judge

_____
Unified Western Grocers, Inc.; Certified Grocers of California, Ltd.; Grocers Specialty Company; Alfred A. Plamann; Charles Pilliter; Daniel T. Bane; Robert M. Ling; and David A. Woodward v. Twin City Fire Insurance Company, an Indiana Corporation
Civil No. CV03-00336 HG BMK (Declaratory Judgment)
STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES