McCORRISTON MILLER MUKAI MacKINNON LLP

WILLIAM C. McCORRISTON      #995-0
CHRISTOPHER J. COLE          #5781-0
JONATHAN H. STEINER          #6084-0
Five Waterfront Plaza, 4th Floor
500 Ala Moana Boulevard
Honolulu, Hawaii 96813
Phone No.: (808) 529-7300/Fax No.: (808) 524-8293
E-Mail: cole@m4law.com/steiner@m4law.com

Attorneys for Plaintiffs UNIFIED WESTERN
GROCERS, INC.; CERTIFIED GROCERS OF
CALIFORNIA, LTD.; GROCERS SPECIALTY
COMPANY; ALFRED A. PLAMANN;
CHARLES PILLITER; DANIEL T. BANE;
ROBERT M. LING; and DAVID A.
WOODWARD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; and DAVID A. WOODWARD, <br><br> Plaintiffs, <br><br> vs. <br><br> TWIN CITY FIRE INSURANCE COMPANY, an Indiana Corporation, <br><br> Defendant. | CIVIL NO. CV03-00336 HG BMK (Declaratory Judgment) <br><br> CERTIFICATE OF SERVICE RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES FILED OCTOBER 2, 2007 <br><br><br><br><br> Trial Set: November 6, 2007 |
|---|---|

53946/169759.1

CERTIFICATE OF SERVICE RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES FILED OCTOBER 2, 2007

The undersigned hereby certifies that, on October 2, 2007 and by the methods of service noted below, a true and correct copy of the Stipulation for Dismissal with Prejudice of All Claims and All Parties, filed on October 2, 2007 was duly served upon the following persons at their last known addresses:

**Served Electronically through CM/ECF:**

WESLEY H. H. CHING, ESQ.          whc@fmhc-law.com
SHEREE KON-HERRERA, ESQ.          skh@fmhc-law.com
    Attorneys for Defendant
    TWIN CITY FIRE INSURANCE COMPANY


**Served via Mail:**
(postage prepaid, first class in a United States post office)

KIM WEST, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
One Market
Steuart Tower, Suite 1300
San Francisco, CA  94105

SAMANTHA M. BALL, ESQ. (Pro Hac Vice)
Tucker Ellis & West LLP
515 South Flower Street, Forty-Second Floor
Los Angeles, CA 90071-2223

    Attorneys for Defendant
    TWIN CITY FIRE INSURANCE COMPANY

DATED: Honolulu, Hawaii, _____OCT - 3 2007_____.

_____
WILLIAM C. McCORRISTON
CHRISTOPHER J. COLE
JONATHAN H. STEINER

Attorneys for Plaintiffs UNIFIED WESTERN GROCERS, INC.; CERTIFIED GROCERS OF CALIFORNIA, LTD.; GROCERS SPECIALTY COMPANY; ALFRED A. PLAMANN; CHARLES PILLITER; DANIEL T. BANE; ROBERT M. LING; and DAVID A. WOODWARD